UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
:
-----------------------------------------------------------------X
NANCY CRIOLLO and LAWRENCE             :    07-CV-04462-AKH
ZENTEINO,                              :
:
                           Plaintiffs, :    **APPEARANCE**
:
      - against -                      :
:    **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO., *et al.*,    :
:
                          Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York             DICKSTEIN SHAPIRO LLP
        October 3, 2007

                              By:      /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.