Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

NANCY CRIOLLO (AND WIFE, LAWRENCE        Index No.: 07-CV-4462
ZENTEINO),
                                         **NOTICE OF ADOPTION OF ANSWER**
                    Plaintiff(s),        **TO MASTER COMPLAINT**

    -against-                            **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, et al.,

                    Defendant(s).
-------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
October 9, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"),

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO:  WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site
Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

All Defense Counsel