William J. Smith (WJS-9137)  
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
_____X  
IN RE: WORLD TRADE CENTER LOWER  
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

_____X

NANCY CRIOLLO (AND WIFE, LAWRENCE ZENTENO)

                            **NOTICE OF THE BROOKFIELD PARTIES' ADOPTION OF AMENDED ANSWER TO MASTER COMPLAINT**

            V.

ALAN KASMAN DBA KASCO, ET. AL.,         CASE NUMBER: (AKH)  
                                                     07 CV 4462  
_____X

       PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 30 2007

                               Faust, Goetz, Schenker & Blee, LLP

                               By: William J. Smith (WJS-9137)
                               Attorneys for the Brookfield Parties
                               Two Rector Street, 20th Floor
                               New York, NY 10006
                               (212) 363-6900